IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JODY MCCREARY, #1694118, | § § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:11-cv-282-JDK-KNM |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § § | |

**ORDER STRIKING MOTION FOR LEAVE**

On September 4, 2015, the Honorable Michael Schneider, United States District Judge, ordered that the Clerk should accept no further documents in this case other than a notice of appeal and an application for leave to proceed *in forma pauperis* in conjunction with such an appeal. Docket No. 95. Petitioner Jody McCreary filed his appeal as permitted by this order, which was dismissed on July 29, 2016. Docket No. 117.

On January 4, 2021, Petitioner moved for leave to file a motion to reopen his petition for the writ of habeas corpus. Docket No. 176. The judgment in this case has long since become final, and repeated attempts by Petitioner to seek relief from judgment have been denied. More pertinently, as per Judge Schneider's order, Petitioner may not file any more documents in this case.

Accordingly, the Court hereby **DENIES** Petitioner's motion for leave to fila a motion to reopen (Docket No. 176) and **STRIKES** the motion from the docket of this cause. In accordance with the Court's order of September 4, 2015, no other motions,

1

2

pleadings, correspondence, or any documents whatsoever from Petitioner Jody McCreary shall be filed on the docket of this cause. Any such items received from Petitioner shall not be filed on the docket, but may be returned unfiled or discarded, in the sole discretion of the Clerk.

So **ORDERED** and **SIGNED** this **1st** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE